UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

GREGORY JOHNSON and HELEN JOHNSON,

                      Plaintiffs,

    -against-

COSTCO WHOLESALE CORPORATION,

                      Defendant.

------------------------------------------------------------------X

Civil Action No.:
20-cv-02169-VSB

**NOTICE OF MOTION**

Broderick, J.
Cott, M.J.

| | |
|---|---|
| **MOTION BY:** | Defendant Costco Wholesale Corporation |
| **SUPPORTING PAPERS:** | Declaration in Support of Defendant's Motion to Transfer, dated April 16, 2020, all exhibits annexed thereto; supporting Memorandum of Law; and all prior pleadings and proceedings heretofore had herein. |
| **RETURN DATE, TIME AND PLACE:** | At the United States District Court, Southern District of New York, United States Courthouse thereof located at 40 Foley Square, New York, New York before this Honorable Court on a date to be determined by the Court. |
| **RELIEF SOUGHT:** | An Order pursuant to 28 U.S.C. § 1404(a): for transfer of venue from the Southern District of New York to the Eastern District of New York; and (2) granting such other and further relief as this Court may deem just and proper.. |
| **ANSWERING PAPERS:** | Pursuant to Judge's rules, answering papers, if any, are required to be served within ten (10) days after receipt of defendants' moving papers. |

1

Dated: Hauppauge, New York
April 16, 2020

                                    **SIMMONS JANNACE DELUCA, LLP**

                                    BY: s/ Sal F. DeLuca (2354)
                                         Sal F. DeLuca
                                    Attorneys for Defendant
                                    COSTCO WHOLESALE CORPORATION
                                    **Office & P.O. Address:**
                                    43 Corporate Drive
                                    Hauppauge, New York 11788
                                    (631) 873-4888

TO:

**LAW OFFICES OF SKIP ALAN LEBLANG**
Skip Alan LeBlang, Esq.
Attorneys for Plaintiffs
GREGORY JOHNSON and HELEN JOHNSON
**Office & P.O. Address:**
325 Broadway, 4th Floor
New York, New York 10007
(212) 271-0215

560869